IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MATTHEW SCIABACUCCHI, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   versus<br><br>SOUTHCOAST FINANCIAL CORPORATION, L. WAYNE PEARSON, ROBERT M. SCOTT, JAMES P. SMITH, WILLIAM A. COATES, TOMMY BAKER, STEPHEN F. HUTCHINSON, and BNC BANCORP,<br><br>        Defendants. | Civil Action No.  2:15-CV-04352-DCN |

## STIPULATION OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and 23(e), Plaintiff hereby dismisses the above captioned action (the "Action") with prejudice, with each party to bear its own cots. No class has been certified in the Action. Accordingly, notice to the putative class is unnecessary.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated:  February 9, 2016

           GRUENLOH LAW

           By: *s/*Wm. Gruenloh
               Wm. Michael Gruenloh (DSC 7358)
               192 E. Bay Street, Suite 202
               Charleston, SC 29401
               (843) 577-0027

           *Attorneys for Plaintiff*

OF COUNSEL:

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
Jeremy J. Riley
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RYAN & MANISKAS, LLP**
Katharine M. Ryan
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516

Dated: February 9, 2016           HAYNSWORTH SINKLER BOYD, P.A.

           By: *s/*Robert Knowlton
              Robert Y. Knowlton (D.S.C. No. 2380)
              Elizabeth H. Black (D.S.C. No. 10088)
              P.O. Box 11889
              Columbia, SC 29211-1889
              (803) 779-3080

              Sarah P. Spruill (D.S.C. No. 8054)
              P.O. Box 2048
              Greenville, SC 29602
              (864) 240-3200

           *Attorneys for Defendants Southcoast Financial Corporation, L. Wayne Pearson, Robert M. Scott, James P. Smith, William A. Coates, Tommy Baker, and Stephen F. Hutchinson*

Dated: February 9, 2016                    ROSEN, ROSEN & HAGOOD, LLC

By: *s/*Richard Rosen
    Richard S. Rosen (Fed. Id. 3648)
    Daniel F. Blanchard, III (Fed. Id. 6285)
    151 Meeting Street, Suite 400
    P.O. Box 893
    Charleston, SC 29402
    (843) 577-6726

*Attorneys for Defendant BNC Bancorp*

**OF COUNSEL:**

**TROUTMAN SANDERS, LLP**
J. Timothy Mast
Mary M. Weeks
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
(404) 885-3312